IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SENECA TAKI MCCOY, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Case No. 3:20-CV-696-K |
| | § | |
| LORIE DAVIS-DIRECTOR TDCJ-CID, | § | |
|     Respondent. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is summarily **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and for lack of prosecution.

SO ORDERED.

Signed June 17th, 2020.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE